IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL JOY BENNETT,<br><br>    Plaintiff,<br><br>v.<br><br>LAKE COUNTY BOARD OF<br>SUPERVISORS, et al.,<br><br>    Defendants. | No. C 10-01218 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on July 9, 2010 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **May 28, 2010** and a reply brief shall be filed by no later than **June 4, 2010**. Plaintiff is advised that failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 12, 2010

                                                               JEFFREY S. WHITE
                                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BENNETT et al,

        Plaintiff,

  v.

LAKE COUNTY BOARD OF SUPERVISORS et al,

        Defendant.

Case Number: CV10-01218 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

GAIL JOY BENNETT
9847 Witter Springs Road
Witter Springs, CA 95493

Dated: May 12, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk